UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Mario Abasolo,<br><br>        Plaintiff,<br><br>  vs.<br><br>Milestone Law Group; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 5:13-cv-00059-TJH-OP<br><br>**ORDER [13] [JS-6]** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: June 19, 2013

                                                    _____

                                                    Hon. Terry J. Hatter Jr.
                                                    United States District Judge